IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-03484-RTG

PAUL GALLAGHER,

Petitioner,

v.

JUAN BALTAZAR, Warden, Denver Contract Detention Facility,
GEORGE VALDEZ, Acting Field Office Director of ICE,
MARKWAYNE MULLIN, Secretary U.S. Dept. of Homeland Security,
DAVID J. VENTURELLA, Acting Dir. of U.S. ICE, and
TODD BLANCHE, Acting U.S. Attorney General,

Respondents.

---

**ORDER DRAWING CASE**

---

Petitioner Paul Gallagher is a federal immigration detainee at the Aurora Detention Center in Aurora, Colorado. Petitioner has filed *pro se* an application for habeas corpus relief under 28 U.S.C. § 2241 and paid the required filing fee. (ECF Nos. 1, 3).

After review under D.C.COLO.LCivR 8.1, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a presiding judge and, if applicable, to a magistrate judge. *See* D.C.COLO.LCivR 8.1(c).

Accordingly, it is ORDERED that that this case shall be drawn to a presiding judge and, if applicable, to a magistrate judge.

DATED August 13, 2026.

BY THE COURT:

Richard T. Gurley
United States Magistrate Judge